

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00493-CR

La Quint **SULLIVAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7177
Honorable Steve Hilbig, Judge Presiding

## O R D E R

 Appellant has filed several pro se motions in this court. The record reflects that appellant is represented by appointed counsel on appeal. In Texas, appellants do not have a right to hybrid or dual representation. *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981) (criminal defendant has no right to represent himself pro se and be represented by an attorney at the same time); *see also Castillo v. State*, No. 04-04-00169-CR, 2005 WL 357155, at *2 (Tex. App.—San Antonio Feb. 16, 2005, no pet.) (mem. op., not designated for publication).

_____
Rebeca C. Martinez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court